UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ASHTON W. THOMAS,<br><br>                Plaintiff,<br>    v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br>et al.<br><br>                Defendants. | CASE NO. C20-6232 BHS<br><br>ORDER DECLINING TO ADOPT REPORT & RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT |

     This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, Dkt. 8, and Plaintiff Ashton Thomas's motion to voluntarily dismiss complaint, Dkt. 9.

     Thomas, proceeding pro se, commenced this action alleging violations of his constitutional rights. *See* Dkts. 1-1, 5. On January 26, 2021, Judge Christel screened Thomas's proposed amended complaint and found it deficient because Thomas failed to state a claim for which relief may be granted. Dkt. 6. Judge Christel dismissed the proposed amended complaint without prejudice and provided Thomas leave to file an amended pleading by March 17, 2021. *Id.* Thomas failed to comply with the Court's

Order, and Judge Christel issued the instant R&R recommending that this case be dismissed without prejudice. Dkt. 8.

On April 26, 2021, Thomas filed a motion to voluntarily dismiss his complaint pursuant to Federal Rule of Civil Procedure 41(a). Dkt. 9 He indicates that he was hospitalized and unable to meet the Court's deadline in amending the deficiencies. *Id.* Rule 41(a) allows a plaintiff to voluntarily dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). None of the Defendants in this case has been served, and voluntary dismissal is permissible.

Therefore, the Court declines to adopt the R&R, Dkt. 8, due to a change in circumstances. Thomas's motion to voluntarily dismiss his complaint, Dkt. 9, is **GRANTED**, and his claims are **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated this 1st day of June, 2021.

BENJAMIN H. SETTLE
United States District Judge